Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

MIDDLE District of FLORIDA

ORLANDO Division

2022 NOV -4 PM 2:31
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA
FILED

M . A GISCOMBE

)
) Case No.
) (to be filled in by the Clerk's Office)
)
)
) Jury Trial: (check one) [ ] Yes [✓] No
)

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

U.S. Department of Justice

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | M . A GISCOMBE |
   | Street Address | 2602 ROUGHSIDE CIR |
   | City and County | KISSIMMEE |
   | State and Zip Code | FLORIDA , 34746 |
   | Telephone Number | NONREQUIRED |
   | E-mail Address | NONREQUIRED |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (*if known*). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

- Name: U.S. Department of Justice
- Job or Title (if known): NONREQUIRED
- Street Address: 950 Pennsylvania Avenue
- City and County: Washington
- State and Zip Code: DC 20530-0001
- Telephone Number: NONREQUIRED( HIGHrate of abuse by hate groups)
- E-mail Address (if known): https://www.justice.gov/( HIGHrate of abuse by hate groups)

Defendant No. 2

- Name: Food and Drug Administration
- Job or Title (if known): NONREQUIRED
- Street Address: 10903 New Hampshire Ave
- City and County: Silver Spring
- State and Zip Code: MD 20993-0002
- Telephone Number: NONREQUIRED( HIGHrate of abuse by hate groups)
- E-mail Address (if known): https://www.fda.gov/( HIGHrate of abuse by hate groups)

Defendant No. 3

- Name: The U.S. Department of Health & Human Services
- Job or Title (if known): Hubert H. Humphrey Building
- Street Address: 200 Independence Avenue, S.W
- City and County: Washington,
- State and Zip Code: D.C. 20201
- Telephone Number: NONREQUIRED( HIGHrate of abuse by hate groups)
- E-mail Address (if known): https://www.hhs.gov/about/contact-us/index.html

Defendant No. 4

- Name: Florida Department of Health ,
- Job or Title (if known): NONREQUIRED
- Street Address: 4052 Bald Cypress Way
- City and County: Tallahassee,
- State and Zip Code: FL 32399
- Telephone Number: NONREQUIRED ( HIGHrate of abuse by hate groups)
- E-mail Address (if known): https://wa-oit-contactus-prd.azurewebsites.net/AddressBooks/Ind

page 1 of 2 of defendant list November 2 ,2022

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | U.S. Department of Justice |
| Job or Title (if known) | NONREQUIRED |
| Street Address | 950 Pennsylvania Avenue |
| City and County | Washington |
| State and Zip Code | DC 20530-0001 |
| Telephone Number | NONREQUIRED( HIGHrate of abuse by hate groups) |
| E-mail Address (if known) | https://www.justice.gov/( HIGHrate of abuse by hate groups) |

Defendant No. 2

| | |
|---|---|
| Name | Food and Drug Administration |
| Job or Title (if known) | NONREQUIRED |
| Street Address | 10903 New Hampshire Ave |
| City and County | Silver Spring |
| State and Zip Code | MD 20993-0002 |
| Telephone Number | NONREQUIRED( HIGHrate of abuse by hate groups) |
| E-mail Address (if known) | https://www.fda.gov/( HIGHrate of abuse by hate groups) |

Defendant No. 3

| | |
|---|---|
| Name | The U.S. Department of Health & Human Services |
| Job or Title (if known) | NONREQUIRED ( HIGHrate of abuse by hate groups) |
| Street Address | 40 North Pearl Street |
| City and County | Albany, |
| State and Zip Code | New York 12243 |
| Telephone Number | NONREQUIRED ( HIGHrate of abuse by hate groups) |
| E-mail Address (if known) | https://otda.ny.gov/contact.asp |

Defendant No. 4

| | |
|---|---|
| Name | North Oakland Self Sufficiency Center |
| Job or Title (if known) | NONREQUIRED ( HIGHrate of abuse by hate groups) |
| Street Address | 2000 San Pablo Ave |
| City and County | Oakland, |
| State and Zip Code | CA 94612 |
| Telephone Number | NONREQUIRED ( HIGHrate of abuse by hate groups) |
| E-mail Address (if known) | https://www.cdss.ca.gov/county-offices |

page 2 of 2 of defendant list November 2 ,2022

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

C090 OTHER

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* M. A GISCOMBE, is a citizen of the State of *(name)* UNITED STATES.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* NONREQUIRED, is incorporated under the laws of the State of *(name)* NONREQUIRED, and has its principal place of business in the State of *(name)* NONREQUIRED.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* NONREQUIRED, is a citizen of the State of *(name)* NONREQUIRED. Or is a citizen of *(foreign nation)* NONREQUIRED.

b.  If the defendant is a corporation

The defendant, *(name)* DEPARTEMNT OF JUSTICE , is incorporated under the laws of the State of *(name)* UNITED STATES , and has its principal place of business in the State of *(name)* UNITED STATES .
Or is incorporated under the laws of *(foreign nation)* NONREQUIRED ,
and has its principal place of business in *(name)* NONREQUIRED .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
NONREQUIRED , AMOUNT

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I AM PRESENTING A NEW STATE FOOD AND CASH BENEFITS PROGRAM TO RESOLVE THE CURRENT CONFLICT BETWEEN MYSELF( M .A GISCOMBE) AND THE LOCAL "HATE GROUPS" THAT HAVE TAKEN OVER STATE FOOD AND CASH BENEFITS OFFICES WITHIN THE UNITED STATES. I AM BEING HARASSED AT MY PERSONAL ADDRESS AND DEVICE TO CREATE NEW PRESENATIONS TO FIX LOCAL HATE GROUPS MISTAKES TO AVOID BODY HARM AND TO RECEIVE FUNDING THAT I NEED TO SURIVIVE . PLEASE SEE ADDITIONAL PAGES FOR RESTRAINING ORDER AND TITLE : UNITED STATES FOOD AND CASH LIFESUPPORT BENEFITS PRESENTATION CRETAED BY ANTOINETTE AT studiomg.usa

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

TITLE : UNITED STATES FOOD AND CASH LIFESUPPORT BENEFITS PRESENTATION
1. THIS PRESENTATION WILL ONLY INCLUDED VEGTABLES, FRUITS , GRAINS AND PLANT BASED MILKS 2. ALL MEAT ORDERS WILL BE DELETED IN THIS SYSTEM 3. NO ANIMAL HUNTING ALLOWED ALL ANIMALS WILL BE RELOCATED TO ZOO, ANIMAL SANCTUARY 4. CASH BENEFITS WILL BE ALLOWED IN THIS PRESENATION  5. THIS PRESENTATION INCLUDES PETETIONS FOR ARREST 6. THIS PRENSTATION IS APART OF A 10 YEAR BUDGET PLAN 7. FOOD BENEFITS 499USD PER MONTH PER PERSON  999 USD CASH PER MONTH PER PERSON ( SEE PRESNATION WITH IMAGES ) 1112022 by

MEDICIAL VISIT TO BE PAID IN FULL BY THE DEPARTMENT OF HEALTH WITH NEW CREATD DOLLAR DESIGNS 8. THIS PRESENTATION IS BEING PRESENTED TO THE DEPARTMENT OF JUSTICE, FOOD AND DRUG ( FDA) ADMINSISTRAION AND THE UNITED STATES DEPARTMENT OF HEALTH TO COMPLETE IN ( 1 ) OFFICE PER STATE 9. THIS PRESNETAION CAN ONLY BE COMPLETELED WITH NEW CREATED DOLLAR DESIGN PRESENATION 10. AND
" SLAUGHTER HOUSES"  CAN CONVERT TO VEGATABLE , FRUIT OR GRAIN  MANUFACTURED PLANTS TO BE INVITED TO PRESNTATION MEETINGS 11. PREFER TO HAVE (1) DONATION FACILITY PER STATE

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/29/2022

Signature of Plaintiff: *Meg*
Printed Name of Plaintiff: M . A GISCOMBE

### B. For Attorneys

M.A Giscombe 2602 Roughside Cir Kissimmee, FL 34746

Date of signing: 10/29/2022

| | |
|---|---|
| Signature of Attorney | NONREQUIRED |
| Printed Name of Attorney | NONREQUIRED |
| Bar Number | NONREQUIRED |
| Name of Law Firm | NONREQUIRED |
| Street Address | NONREQUIRED |
| State and Zip Code | NONREQUIRED |
| Telephone Number | NONREQUIRED |
| E-mail Address | NONREQUIRED |