UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

M. A. GISCOMBE,

    Plaintiff,

v.   Case No. 6:22-cv-2042-WWB-DAB

U.S. DEPARTMENT OF JUSTICE,
FOOD AND DRUG ADMINISTRATION,
U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, FLORIDA
DEPARTMENT OF HEALTH and
NORTH OAKLAND SELF
SUFFICIENCY CENTER,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on *sua sponte* review of the record. On January 11, 2023, this Court dismissed Plaintiff's Complaint (Doc. 1) without prejudice and permitted Plaintiff to file an amended pleading on or before January 24, 2023. (Doc. 11 at 1–2). Plaintiff was warned that the failure to comply may result in the dismissal of this case without further notice. (*Id.* at 2). Plaintiff did not file an amended pleading and the time to do so has passed.[1]

Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice** for failure to prosecute. *See Betty K Agencies, Ltd. v. M/V MONADA*, 432 F.3d

---

[1] The Court notes that Plaintiff filed an Amended Civil Cover Sheet (Doc. 12) on January 3, 2023. However, as the form clearly states, a "civil cover sheet . . . neither replace[s] nor supplement[s] the filing and service of pleadings or other papers required by law[.]"

1333, 1337 (11th Cir. 2005) (noting that a court may *sua sponte* dismiss a case under its inherent authority to manage its docket). The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on February 27, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party